UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **MARIO VALLE,** <br><br> Plaintiff, <br><br> v. <br><br> **HCCC MEDICAL DEPARTMENT,** <br><br> Defendant. | 09-CV-3118 (WJM) <br><br><br> **ORDER** |

  This matter having been raised by Plaintiff seeking an application to proceed without payment of fees under 28 U.S.C. §1915; and the Court having *sua sponte* screened the Complaint in the above-captioned action pursuant to 28 U.S.C. § 1915(e)(2)(B) to determine if it states a claim; and Plaintiff stating in his complaint that he has failed to exhaust available administrative remedies before bringing this action; and for good cause shown;

  **IT IS** on this 13th day of July, 2009, hereby,

  **ORDERED** that Plaintiff's application to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915(a); and it is

  **FURTHER ORDERED** that the Clerk of the Court shall file the Complaint without prepayment of fees and security; and it is

  **FURTHER ORDERED** that the Complaint is **DISMISSED** without prejudice pursuant to 42 U.S.C. § 1997e(a) for failure to exhaust available administrative remedies before bringing a claim under 28 U.S.C. § 1983.

                 /s/ William J. Martini
                 **WILLIAM J. MARTINI, U.S.D.J.**